ACCEPTED
03-14-00695-CR
5870178
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/29/2015 4:57:39 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00695-CR

| | | |
|---|---|---|
| **PAUL DANIEL CAMPBELL** | § | **IN THE THIRD** |
| **v.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/29/2015 4:57:39 PM
JEFFREY D. KYLE
Clerk

### STATE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was charged by indictment with Intoxication Manslaughter with a Vehicle, a second-degree felony. After his conviction by a jury – which also made an affirmative finding of a deadly weapon – Appellant was sentenced to 17 years of confinement in the Texas Department of Criminal Justice. Appellant's brief was initially due March 19, 2015. After two motions for extension were granted, Appellant filed his brief on May 28, 2015. The State's Brief is currently due on June 29, 2015.

1

## II.

I anticipate that I will handle the brief for the State in this case. I attended an appellate law conference in Austin over three days at the end May, and I sat second chair for oral argument in 03-14-00669-CR on June 3, 2015. I also helped review and file another attorney's brief in 03-14-00192-CR. I worked through the weekend of the 13th to file the State's brief before midnight on June 15th in cause number 03-14-00407-CR. I have had several expunctions and nondisclosures to review, some of which required me to draft and file answers. I have also performed research related to issues that came up for other attorneys in the office. I have begun working on the State's response in 03-14-00639-CR, which I hope to complete on or shortly after the current deadline of July 2nd, though I have had several other issues arise in recent days that have required my attention. After filing that brief, I will need to complete the State's brief in 03-14-00818-CR. Because of the foregoing, I have not yet been able to complete a significant amount of work on a response, and respectfully request an extension of 30 days to file the State's brief in the instant cause. This is the first extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until July 29, 2015, so that an

adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's First Motion to Extend Time to File Brief* has been delivered to Appellant PAUL DANIEL CAMPBELL's attorney in this matter:

Amanda Erwin
amanda@theerwinlawfirm.com
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 29th day of June, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**
